CM/ECF volpmd
(Rev. 01/03/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Gary D. Byrd and Missy S. Byrd      )      Case No.: 19–11848–JDW
       Debtor(s)                                 )      Chapter: 7
                                                 )      Judge: Jason D. Woodard
                                                 )
                                                 )

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above–captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

      Cert of Credit Counseling due 05/14/2019
      Statement of Financial Affairs due 05/14/2019
      Verification of Matrix due 05/14/2019
      Summary of Schedules due 05/14/2019
      Schedule A/B due 05/14/2019
      Aty Disclosure Stmt. due 05/14/2019
      Schedule C due 05/14/2019
      Ch 7 – Proper 122A form(s) due 05/14/2019
      Schedule D due 05/14/2019
      Schedule E/F due 05/14/2019
      Schedule G due 05/14/2019
      Schedule H due 05/14/2019
      Schedule I due 05/14/2019
      Sch J (and J–2 If Applicable) due 05/14/2019

If the required paperwork and/or fees are not timely filed and/or paid by 5/14/19 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 5/1/19

                                                Jason D. Woodard
                                                Judge, U.S. Bankruptcy Court